1  **CANDIS MITCHELL**
   California State Bar No. 242797
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Candis_Mitchell@fd.org

5  Attorneys for Ms. Haro

8                    UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,        )  Case No. 08MJ1637-JMA
                                      )
12 |         Plaintiff,                )
                                      )
13 | v.                                )
                                      )  **NOTICE OF APPEARANCE**
14 | DIANA NATIVIDAD HARO,            )
                                      )
15 |                                   )
   |         Defendant.                )
16 |_____   )

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney

19 in the above-captioned case.

20                                         Respectfully submitted,

22 Dated: June 2, 2008                     /s/ *Candis Mitchell*
                                           **CANDIS L. MITCHELL**
23                                         Federal Defenders of San Diego, Inc.
                                           Attorneys for Ms. Haro
24                                         Candis_Mitchell@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  June 2, 2008                                  /s/ Candis Mitchell
**CANDIS L. MITCHELL**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Candis_Mitchell@fd.org