UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>            Plaintiff )<br> )<br>vs. )<br> )<br>Diana Natividad Haro )<br> )<br>            Defendant(s) ) | CRIMINAL NO. 08mj1637 JMA<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

Leo S. Papas

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Serafin Vargas-Miciel
(arr: 6/4/08)

DATED: 6/12/08

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
          DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by
         Deputy Clerk
Roi-Ann Biressi

CLERK'S OFFICE COPY          ☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95